**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CRIMINAL PRODUCTIONS, INC.,
a Nevada corporation

**MONTHLY STATUS REPORT**

COMES NOW Criminal Productions, Inc., ("Plaintiff"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 16-cv-01575-WYD-MEH:** Plaintiff served subpoenas on the Internet Service Providers Comcast Cable Communications, LLC and CenturyLink QC on July 20, 2016.

**Civil Action No. 16-cv-01589-WYD-MEH:** Plaintiff served subpoenas on the Internet Service Providers Comcast Cable Communications, LLC and CenturyLink QC on July 20, 2016.

**Civil Action No. 16-cv-01649-WYD-MEH:** Plaintiff served subpoenas on the Internet Service Providers Comcast Cable Communications, LLC and CenturyLink QC on July 20, 2016.

**Civil Action No. 16-cv-01688-WYD-MEH:** Plaintiff served subpoenas on the Internet Service Providers Comcast Cable Communications, LLC and CenturyLink QC on July 14, 2016. CenturyLink QC data received, August 8,2016.

**Civil Action No. 16-cv-01698-WYD-MEH:** Plaintiff served subpoenas on the Internet Service Providers Comcast Cable Communications, LLC and CenturyLink QC on July 14, 2016.

**Civil Action No. 16-cv-01724-WYD-MEH:** Case dismissed without prejudice on August 9, 2016.

**Civil Action No. 16-cv-01761-WYD-MEH:** Plaintiff served subpoenas on the Internet Service Providers Comcast Cable Communications, LLC and CenturyLink QC on July 14, 2016. CenturyLink QC data received, August 8,2016.

**Civil Action No. 16-cv-01802-WYD-MEH:** Plaintiff served subpoenas on the Internet Service Providers Comcast Cable Communications, LLC and CenturyLink QC on July 14, 2016.

**Civil Action No. 16-cv-01813-WYD-MEH:** Plaintiff served subpoenas on the Internet Service Providers Comcast Cable Communications, LLC and CenturyLink QC on July 14, 2016.

**Civil Action No. 16-cv-01836-WYD-MEH:** Case filed on July 19, 2016.

Respectfully submitted this 11th day of August, 2016.

                        BROWN & KANNADY, LLC

                        **/s/ Scott T. Kannady**

                        Scott T. Kannady, No. 29995
                        2000 South Colorado Blvd., Suite 2-440
                        Denver, CO 80222
                        Phone:  (303) 757-3800
                        Fax:  (303) 757-3815
                        E-mail:  scott@brownlegal.com

                        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that on August 11, 2016, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

        By: /s/ Brian Ernst
        Brian C. Ernst, Attorney
        Brown & Kannady, LLC